**Feb. 6, 2007**

*Discussion and action regarding contract renewal with Integ Inc., to perform the services of General Manager of the District under Texas Water Code 49.056.*

*On motion of Commissioner Palacios, seconded by Commissioner Handy, the Board made a UNANIMOUS vote of approval.*

2:23:00 (video timer)

G. Garza: I've had legal counsel draw up the contract that we've used before.. the contract and language that is identical except for additional services in there regarding the management of the bond issue that we have in place. I'm here for the board to consider.. uh, being rehired I guess.. for another term with the district.

(discussion about terms)

Comm. Garza: Tell me about...uhm....(pause)... Your responsibilities have been here (motioning with hands), for the last years, because you've been maintaining?

G. Garza: Yes sir.

Comm. Garza: Now we're going to have new construction in the $100 million range, or $200 million range.

G. Garza: Basically the district, in the past, has been under a maintenance and operation of the system itself .. we've grown, probably to about 40 employees to over 90 employees at this time. We've increased probably about 300 – 350 miles of linear facilities in the last 10, 11 years. We've been changing our growth, our policies for the district as far as the drainage problems, in addition to the services that I had under the district on M&O, I worked for the right of way department for the district until about a year ago until the right of way department went over. In the past year we've been working also, the flood plain manager for the district, which is part of the growth we've had now going on with the IBWC. As you're aware we're entering into a large development within the district, which is the Master Drainage System, Phase II. At this time the voters have allocated about 100 million dollars. We have a 15-20 year program out there which might total 4 - 500 million dollars. Because of the growth we're having we have more coordination going on with the International Boundary Commission, the Corp of Engineers, State Representatives, the federal government, so those are going to be additional duties that I see coming forward. Along with the construction management of these projects that are coming into play.

Comm. Garza: So you let go of your right of way end, and now you're gonna take on the construction end of the..

G. Garza: Basically that's where we're at right now, Commissioner.

Comm. Garza: And you're prepared to do that?

Godfrey: Yes sir I am. I'm hoping that the court sees that also.

Judge Salinas: And you're gonna give me hike and bike trails on your drainage district, right?

Godfrey: Judge, I would be more than happy to give you hike and bike trails, it be less maintenance for the district as long as legal counsel signs off on the liability ..

(laughter, along with discussion on easements and concerns, titles, and ownerships)

2:27

Comm. Handy: Are we going to, uh …is the contract for the same amount or?

Judge Salinas: How long have you been in contract?

Godfrey: I've been under contract for about seven years right now judge.. I've been working with the district going on 11 years. I started working for the district back in 1979 under Melvin and Hunt so I've been working on the drainage system with Hidalgo County, I guess ..what, 27-28 years.

Comm. Palacios: You were trained by Vana Walker?

Godfrey: I was trained by Vana Walker, Charlie Curtis .. and I've gone probably through about five county judges… Comm. Handy has been here quite awhile…

Comm. Handy: It's been seven county judges…

Godfrey: The contract to you all right now on the maintenance and operation we have is the same amount. It's up to the board if they wish to increase it or not increase it. I've presented that document for you all's consideration. If you all wish to ….

Comm. Garza: So your base pay stays the same?

Godfrey: Yes sir, it is. It's up to the board.

Comm. Palacios: There's an item that calls for executive session.

Comm. Garza: On this?

Comm. Palacios: Yeah.

Comm. Garza: An item on the contract?

Comm. Palacios: On the agenda. No Steve?

Godfrey: No sir.

Steve: Real estate acquisition and pending or potential litigation.

Comm. Palacios: Your gonna sue us?

Godfrey: No sir, I hope not.

(laughter)

Comm. Handy: We were just wondering if .. because of the additional duties and all that, it was gonna increase (looking at Steve)

Judge Salinas: Can we go into executive session?

Steve: Well, you don't have personnel listed, and this .. this really is not personnel, it's a contractual item with a corporation. So no, you cannot.

Comm. Palacios: The thing is, if you're doing something different, or in addition to what you do… Comm. Garza, …

Comm. Garza: What I wanna know is.. is there a component of the contract…. to …. (turns to Steve) .. Steve, is there a component of the contract that will pay Godfrey for this mammoth project coming up.

Steve: Yes there is.

Comm. Garza: Ok, and how is that set up or what?

Steve: The way that is currently set up is .. there's two forms of compensation. The first form is the same as last year's contract ..

Comm. Garza (Nodding his head) For the maintenance and operation of the existing ditches…

Steve: The second form is the compensation for the management of the, uh .. new ditch, and that is set for.. at one and one-half percent of construction costs, excluding any and all cost of real estate acquisition.

Comm. Garza: Ok, so let me get this. So, every ..we're gonna buy.. probably 20 million dollars worth of real estate...

Steve: He get's nothing for that.

Comm. Garza: He get's nothing for that. Ok..now, if we construct the ditch in Phase I, which might or might not get dug in the first.. the term of his contract..

Steve: Correct ...

Comm. Garza: Then he gets a one and one half percent of whatever ...

Steve: The actual construction costs is ..

Comm. Garza: But not on real estate acquisition?

Steve: Excluding real estate acquisition.

Comm. Garza: Ok. So that would translate into ... What if we do the work ourselves?

Steve: That would still be construction costs .. the way it's set up is the chief financial officer of the district is going to determine what the actual costs are. On a monthly basis, that they pay out.

Comm. Garza: Ok... but there's a problem there. Who's the chief financial officer of the district?

Steve: Uh...

Godfrey: Ms. Lora Briones is the financial officer of the district. I am not. She's the one that handles all the accounts receivable, the accounts payable, the actual financial part of the district.

Comm. Garza: See I'm looking for checks and balances here.

2:30:50

Godfrey: One of the items that we're looking at, that's coming before the board is hiring an independent auditor, to be looking at all the bond issues. There are companies out there that do specifically that.. independent auditors that handle bond issues to provide the transparency, per se, of the district itself, not monitoring itself, even though we have an independent auditor, is to hiring an auditing company that does the overview of all the bond issue money that comes in place. That is the checks and balances.

Comm. Garza: By hiring an outside auditing firm.

Godfrey: Yes sir.

Judge Salinas: Who's done it in the past?

Comm. Garza: They haven't

Godfrey: We haven't done it in the past sir.

Comm. Garza: We haven't had a bond issue since the 70's.

Judge Salinas: Who's audited this drainage district in the past?

Godfrey: Burton, McCumber has been our independent auditor sir. And uh, Burton, McCumber's firm has done a similar audit under bond issues for the Harlingen PUB and the Brownsville PUB, to monitor the issues on bond transparencies. So, it's fortunate that we're gonna be going out for a RFQ for independent auditing.. in auditing, in the near future.

Judge Salinas: He's taking out the calculator, hold on. So a reduction, a change order for reduction of contract.

Comm. Handy: He's doing the math.

Comm. Garza: Well. Based on your one and a half percent figure..

Comm. Palacios: For a million it's ….. (short side discussion)

Comm. Garza: Well no, 10 million dollars in construction is 150 thousand?

Godfrey: Yes sir.

Comm. Garza: To oversee the construction.

Comm. Palacios: If you do it all in one year.

Godfrey: Yes sir.

Comm. Garza: Well let's say it's gonna take five years…

Comm. Palacios: Well yeah, what I'm saying is not lump sum, it's whatever long it takes.

Godfrey: If in three years the contract is, or the bonds are not completed and I don't get my contract renewed, I only get paid for whatever has been built up until the time of my contract. So the bond issue takes 15 years, or 10 years to build, and I'm not here … I'm out of it. As long as I'm under contract, managing the construction, I'm able to do that.

Judge Salinas: When do we start work on the 100 million

(Godfrey talks about meetings, timelines, and upcoming meetings, ratings, etc..)

(Godfrey talks about Estrada & Hinojosa regarding bond sales)

2:35:15

Comm. Garza: Yeah I have a question. Mark Lupher. I'm gonna put you on the spot right now.

Mark Lupher:  Mark Lupher with TEDSI Infrastructure.

Comm. Garza: In the open market, for a construction manager type of situation that Mr. Godfrey is talking about..by a consultant, what's the fee?

Mark Lupher:  It ranges between 3 to 5 percent of the construction costs.

Comm. Garza: And that person makes sure that everything gets where it needs to be?

Mark Lupher:  Right.

Comm. Garza: Ok. Godfrey, why are you requesting one and a half percent?

Comm. Palacios: That's good, déjà lo.

Comm. Garza: No, no, no …

Godfrey: I guess we can go into executive session as to potential litigation, I guess I'm short changing myself. (laughter) I think it's a just fee, for the work that I'm requested of doing. I'm gonna be working on a daily basis already within the district. I feel my monthly compensation also is part of the work that I need to do. Going out there and hiring an independent consultant outside, or another firm, they would have to dedicate or have people coming in. I'm gonna be on a day to day basis, that I've done in the past for the district.. and I feel it's a fair compensation. If the board would like to consider a higher compensation there will be no objection from my end.

Comm. Garza: Mark Lupher. Do you know of anybody, in the county, that has the experience and the knowledge that Godfrey does, with our drainage district?

Judge Salinas:  Or volunteers?

Mark Lupher:  Not in my.. that I can think about.

Comm. Garza: This one and a half percent.. of course if it's a 70 or a 100 million dollar project over 20 years amounts to a pretty good chunk of change, but I don't know if you're aware with…. about our system that we're trying to work… acquisition of real estate could take a year, year and a half?

Mark Lupher: Yes sir. (Godfrey: Yes sir)

Godfrey: We're anticipating right now, and this we'll put out to the public on the bond issue.. we're anticipating about 40 percent of the bond issuance of 100 million dollars is going to be land acquisition.

Comm. Garza: Ok. So.. gimme a hole in this contract, Mark. What's the hole in it? Where's the hole in it? Where ...why am I .. why are we getting such a good deal? Why are we, why is it only one and a half percent instead of three and a half or four and a half?

Mark Lupher: Well, when I say a consultant like myself would be 3 to 5 percent with the high end being five perecent, maybe I'm providing some geo-technical or some surveying stuff. On the low level at three percent.. of course, I've got a higher overhead than Godfrey does..

Comm. Garza: Sure. That's why he's able to do it cheaper. Now he's a consultant with us, he's not an employee. He's got a contract to run the district and obviously he's done a very good job throughout the years ..

Mark Lupher: He's very knowledgeable of your whole system. I can't think of anybody else.

Comm. Garza: And arbitrage. I forgot about that. You know what, I'm comfortable with it all day long.

Judge Salinas: Any other questions?

Comm. Palacios: So moved.

(vote taken, item passed unanimously)

Comm. Garza talks about moving aggressive on acquisition of assets and real estate

Comm. Palacios: Looking forward on continuing to work with you, but I would recommend you get something on the agenda, a report to the court and the general public.. of any.. or status report, at least every other week.

Godfrey: Judge, Commissioners, in my contract it's put in there that I will be providing a report to you all and the general public every 30 days on the status of the projects, or more if the board wishes. But we want to keep the general public informed as much as possible as to where their tax money is being spent on the bond issuance.

Comm. Palacios: And if you can make a news release …..

**Feb. 6, 2007**

*Discussion and action regarding contract renewal with Integ Inc., to perform the services of General Manager of the District under Texas Water Code 49.056.*

*On motion of Commissioner Palacios, seconded by Commissioner Handy, the Board made a UNANIMOUS vote of approval.*

2:23:00 (video timer)

G. Garza: I've had legal counsel draw up the contract that we've used before.. the contract and language that is identical except for additional services in there regarding the management of the bond issue that we have in place. I'm here for the board to consider.. uh, being rehired I guess.. for another term with the district.

(discussion about terms)

Comm. Garza: Tell me about…uhm….(pause)… Your responsibilities have been here (motioning with hands), for the last years, because you've been maintaining?

G. Garza: Yes sir.

Comm. Garza: Now we're going to have new construction in the $100 million range, or $200 million range.

G. Garza: Basically the district, in the past, has been under a maintenance and operation of the system itself .. we've grown, probably to about 40 employees to over 90 employees at this time. We've increased probably about 300 – 350 miles of linear facilities in the last 10, 11 years. We've been changing our growth, our policies for the district as far as the drainage problems, in addition to the services that I had under the district on M&O, I worked for the right of way department for the district until about a year ago until the right of way department went over. In the past year we've been working also, the flood plain manager for the district, which is part of the growth we've had now going on with the IBWC. As you're aware we're entering into a large development within the district, which is the Master Drainage System, Phase II. At this time the voters have allocated about 100 million dollars. We have a 15-20 year program out there which might total 4 - 500 million dollars. Because of the growth we're having we have more coordination going on with the International Boundary Commission, the Corp of Engineers, State Representatives, the federal government, so those are going to be additional duties that I see coming forward. Along with the construction management of these projects that are coming into play.

Comm. Garza: So you let go of your right of way end, and now you're gonna take on the construction end of the..

G. Garza: Basically that's where we're at right now, Commissioner.

Comm. Garza: And you're prepared to do that?

Godfrey: Yes sir I am. I'm hoping that the court sees that also.

Judge Salinas: And you're gonna give me hike and bike trails on your drainage district, right?

Godfrey: Judge, I would be more than happy to give you hike and bike trails, it be less maintenance for the district as long as legal counsel signs off on the liability ..

(laughter, along with discussion on easements and concerns, titles, and ownerships)

2:27

Comm. Handy: Are we going to, uh ...is the contract for the same amount or?

Judge Salinas: How long have you been in contract?

Godfrey: I've been under contract for about seven years right now judge.. I've been working with the district going on 11 years. I started working for the district back in 1979 under Melvin and Hunt so I've been working on the drainage system with Hidalgo County, I guess ..what, 27-28 years.

Comm. Palacios: You were trained by Vana Walker?

Godfrey: I was trained by Vana Walker, Charlie Curtis .. and I've gone probably through about five county judges... Comm. Handy has been here quite awhile...

Comm. Handy: It's been seven county judges...

Godfrey: The contract to you all right now on the maintenance and operation we have is the same amount. It's up to the board if they wish to increase it or not increase it. I've presented that document for you all's consideration. If you all wish to ….

Comm. Garza: So your base pay stays the same?

Godfrey: Yes sir, it is. It's up to the board.

Comm. Palacios: There's an item that calls for executive session.

Comm. Garza: On this?

Comm. Palacios: Yeah.

Comm. Garza: An item on the contract?

Comm. Palacios: On the agenda. No Steve?

Godfrey: No sir.

Steve: Real estate acquisition and pending or potential litigation.

Comm. Palacios: Your gonna sue us?

Godfrey: No sir, I hope not.

(laughter)

Comm. Handy: We were just wondering if .. because of the additional duties and all that, it was gonna increase (looking at Steve)

Judge Salinas: Can we go into executive session?

Steve: Well, you don't have personnel listed, and this .. this really is not personnel, it's a contractual item with a corporation. So no, you cannot.

Comm. Palacios: The thing is, if you're doing something different, or in addition to what you do... Comm. Garza, ...

Comm. Garza: What I wanna know is.. is there a component of the contract.... to .... (turns to Steve) .. Steve, is there a component of the contract that will pay Godfrey for this mammoth project coming up.

Steve: Yes there is.

Comm. Garza: Ok, and how is that set up or what?

Steve: The way that is currently set up is .. there's two forms of compensation. The first form is the same as last year's contract ..

Comm. Garza (Nodding his head) For the maintenance and operation of the existing ditches...

Steve: The second form is the compensation for the management of the, uh .. new ditch, and that is set for.. at one and one-half percent of construction costs, excluding any and all cost of real estate acquisition.

Comm. Garza: Ok, so let me get this. So, every ..we're gonna buy.. probably 20 million dollars worth of real estate...

Steve: He get's nothing for that.

Comm. Garza: He get's nothing for that. Ok..now, if we construct the ditch in Phase I, which might or might not get dug in the first.. the term of his contract..

Steve: Correct ...

Comm. Garza: Then he gets a one and one half percent of whatever ...

Steve: The actual construction costs is ..

Comm. Garza: But not on real estate acquisition?

Steve: Excluding real estate acquisition.

Comm. Garza: Ok. So that would translate into ... What if we do the work ourselves?

Steve: That would still be construction costs .. the way it's set up is the chief financial officer of the district is going to determine what the actual costs are. On a monthly basis, that they pay out.

Comm. Garza: Ok... but there's a problem there. Who's the chief financial officer of the district?

Steve: Uh...

Godfrey: Ms. Lora Briones is the financial officer of the district. I am not. She's the one that handles all the accounts receivable, the accounts payable, the actual financial part of the district.

Comm. Garza: See I'm looking for checks and balances here.

2:30:50

Godfrey: One of the items that we're looking at, that's coming before the board is hiring an independent auditor, to be looking at all the bond issues. There are companies out there that do specifically that.. independent auditors that handle bond issues to provide the transparency, per se, of the district itself, not monitoring itself, even though we have an independent auditor, is to hiring an auditing company that does the overview of all the bond issue money that comes in place. That is the checks and balances.

Comm. Garza: By hiring an outside auditing firm.

Godfrey: Yes sir.

Judge Salinas: Who's done it in the past?

Comm. Garza: They haven't

Godfrey: We haven't done it in the past sir.

Comm. Garza: We haven't had a bond issue since the 70's.

Judge Salinas: Who's audited this drainage district in the past?

Godfrey: Burton, McCumber has been our independent auditor sir. And uh, Burton, McCumber's firm has done a similar audit under bond issues for the Harlingen PUB and the Brownsville PUB, to monitor the issues on bond transparencies. So, it's fortunate that we're gonna be going out for a RFQ for independent auditing.. in auditing, in the near future.

Judge Salinas: He's taking out the calculator, hold on. So a reduction, a change order for reduction of contract.

Comm. Handy: He's doing the math.

Comm. Garza: Well. Based on your one and a half percent figure..

Comm. Palacios: For a million it's ….. (short side discussion)

Comm. Garza: Well no, 10 million dollars in construction is 150 thousand?

Godfrey: Yes sir.

Comm. Garza: To oversee the construction.

Comm. Palacios: If you do it all in one year.

Godfrey: Yes sir.

Comm. Garza: Well let's say it's gonna take five years…

Comm. Palacios: Well yeah, what I'm saying is not lump sum, it's whatever long it takes.

Godfrey: If in three years the contract is, or the bonds are not completed and I don't get my contract renewed, I only get paid for whatever has been built up until the time of my contract. So the bond issue takes 15 years, or 10 years to build, and I'm not here … I'm out of it. As long as I'm under contract, managing the construction, I'm able to do that.

Judge Salinas: When do we start work on the 100 million

(Godfrey talks about meetings, timelines, and upcoming meetings, ratings, etc..)

(Godfrey talks about Estrada & Hinojosa regarding bond sales)

2:35:15

Comm. Garza: Yeah I have a question. Mark Lupher. I'm gonna put you on the spot right now.

Mark Lupher: Mark Lupher with TEDSI Infrastructure.

Comm. Garza: In the open market, for a construction manager type of situation that Mr. Godfrey is talking about..by a consultant, what's the fee?

Mark Lupher: It ranges between 3 to 5 percent of the construction costs.

Comm. Garza: And that person makes sure that everything gets where it needs to be?

Mark Lupher: Right.

Comm. Garza: Ok. Godfrey, why are you requesting one and a half percent?

Comm. Palacios: That's good, déjà lo.

Comm. Garza: No, no, no …

Godfrey: I guess we can go into executive session as to potential litigation, I guess I'm short changing myself. (laughter) I think it's a just fee, for the work that I'm requested of doing. I'm gonna be working on a daily basis already within the district. I feel my monthly compensation also is part of the work that I need to do. Going out there and hiring an independent consultant outside, or another firm, they would have to dedicate or have people coming in. I'm gonna be on a day to day basis, that I've done in the past for the district.. and I feel it's a fair compensation. If the board would like to consider a higher compensation there will be no objection from my end.

Comm. Garza: Mark Lupher. Do you know of anybody, in the county, that has the experience and the knowledge that Godfrey does, with our drainage district?

Judge Salinas: Or volunteers?

Mark Lupher: Not in my.. that I can think about.

Comm. Garza: This one and a half percent.. of course if it's a 70 or a 100 million dollar project over 20 years amounts to a pretty good chunk of change, but I don't know if you're aware with…. about our system that we're trying to work… acquisition of real estate could take a year, year and a half?

Mark Lupher: Yes sir.          (Godfrey: Yes sir)

Godfrey:     We're anticipating right now, and this we'll put out to the public on the bond issue.. we're anticipating about 40 percent of the bond issuance of 100 million dollars is going to be land acquisition.

Comm. Garza: Ok. So.. gimme a hole in this contract, Mark.  What's the hole in it? Where's the hole in it?  Where ...why am I .. why are we getting such a good deal?  Why are we, why is it only one and a half percent instead of three and a half or four and a half?

Mark Lupher:  Well, when I say a consultant like myself would be 3 to 5 percent with the high end being five perecent, maybe I'm providing some geo-technical or some surveying stuff. On the low level at three percent.. of course, I've got a higher overhead than Godfrey does..

Comm. Garza: Sure. That's why he's able to do it cheaper. Now he's a consultant with us, he's not an employee. He's got a contract to run the district and obviously he's done a very good job throughout the years ..

Mark Lupher:  He's very knowledgeable of your whole system. I can't think of anybody else.

Comm. Garza: And arbitrage.  I forgot about that. You know what, I'm comfortable with it all day long.

Judge Salinas:  Any other questions?

Comm. Palacios: So moved.

(vote taken, item passed unanimously)

Comm. Garza talks about moving aggressive on acquisition of assets and real estate

Comm. Palacios: Looking forward on continuing to work with you, but I would recommend you get something on the agenda, a report to the court and the general public.. of any.. or status report, at least every other week.

Godfrey:     Judge, Commissioners, in my contract it's put in there that I will be providing a report to you all and the general public every 30 days on the status of the projects, or more if the board wishes. But we want to keep the general public informed as much as possible as to where their tax money is being spent on the bond issuance.

Comm. Palacios: And if you can make a news release .....